## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DENNIS P. WALKER, et al.,** | ) | |
| Plaintiff, | ) ) | |
| | ) | 8:08CV203 |
| vs. | ) ) | ORDER |
| **COUNTRYWIDE HOME LOANS, INC., et al.,** | ) ) | |
| Defendant. | ) | |

This matter is before the court on the February 11, 2009 oral motion of counsel to continue the telephone planning conference set for February 12, 2009.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **February 26, 2009, at 10:30 a.m.**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 11th day of February, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge