IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENNIS P. WALKER and DIANA WALKER<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, a Division of Countrywide Bank, FSB, and COUNTRYWIDE HOME LOANS' WHOLESALE LENDING DIVISION d/b/a AMERICA'S WHOLESALE LENDER,<br><br>Defendants. | CASE NO.:   8:08-cv-203<br><br><br>**ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |

This matter is before the Court on the Joint Stipulation for Dismissal With Prejudice of Plaintiffs Dennis P. Walker and Diana Walker ("Plaintiffs"), and Defendants Countrywide Home Loans, Inc. and Countrywide Home Loans, Inc. d/b/a America's Wholesale Lender (improperly named as Countrywide Home Loans, a Division of Countrywide Bank, FSB, and Countrywide Home Loans' Wholesale Lending Division d/b/a America's Wholesale Lender) (collectively "Defendants"). The Court, being fully advised in the premises, and for good cause shown, hereby finds that the Joint Stipulation for Dismissal With Prejudice should be and hereby is APPROVED. It is, therefore:

ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Complaint and their claims against Defendants are DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

DONE AND DATED this 17th day of April, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
District Court Judge

Prepared and submitted by,

| | |
|---|---|
| DENNIS P. WALKER AND DIANA J. WALKER, Plaintiffs | COUNTRYWIDE HOME LOANS, a Division of Countrywide Bank, FSB, and COUNTRYWIDE HOME LOANS' WHOLESALE LENDING DIVISION d/b/a AMERICA'S WHOLESALE LENDER, Defendant |
| By: /s/ Diana J. Vogt<br>    James D. Sherrets, NE #15756<br>    Diana J. Vogt, NE #19387<br>    Sherrets & Boecker, LLC<br>    260 Regency Parkway Drive<br>    Suite 200<br>    Omaha, Nebraska  68114<br>    (402) 390-1112<br>    *Plaintiffs' Attorneys* | By: /s/Matthew W. Lytle<br>    Matthew W. Lytle, NE #22928<br>    Bryan Cave LLP<br>    1200 Main Street, Suite 3500<br>    Kansas City, Missouri  64105<br>    (816) 374-3377<br><br>    -and-<br><br>    Patrick D. Pepper, NE # 23228<br>    McGrath North Mullin & Kratz, PC LLO<br>    Suite 3700<br>    First National Tower<br>    1601 Dodge Street<br>    Omaha, Nebraska  68102<br>    (402) 341-3070<br>    *Defendants' Attorneys* |